IN THE UINITED STATES DSTRICT COURT      FOR THE DISTRICT COURT OF PUERTO RICO

Betzaida Falcón Andino, Pro Se Plaintiff
vs
Departamento de Trasportación y Obras Públicas,
Secretario Miguel Torres Díaz, Defendant

17-cv-1990(DRD)

Federal Question: Age Discrimination

Pág.1

1. Yo, Betzaida Falcón Andino, comenzé a trabajar en el año 2001 al 2009 en el Departamento de Transportación y Obras Públicas, D.T.O.P.

2. Fui cesanteada por la Ley 7, el 6 de noviembre del año 2009. Tenía un puesto de Directoria Auxiliar 1.

3. Regresé al D.T.O.P. el 28 de enero del año 2014, con el puesto de Directora Auxiliar 1, transitoria al mismo lugar que en el año 2001 al 2009, División de Multas.

4. El Sr. Marcelino Gómez Arévalo fue un empleado a mi cargo en el año 2001 al 2009. Me mantuvo una lealtad y trabajamos en equipo.

5. En el año 2014 cuando regresé, el Sr. Gómez era el Director Regional y mi jefe. Yo le reciproqué, la lealtad y la confidencialidad. El Sr. Gómez, me reunió en su oficina el 10 sept. 2014 Me dijo que la Directora Ejecutiva, la Sra. Wanda Morales, la jefa de él y mía, le había pedido la renuncia al Sr. Gómez, y que lo estaban presionando para que renunciara, y que no le habían dado las herramientas para poder echar al C.E.S.C.O hacia adelante, y que iba a poner la renuncia efectivo el 31 de diciembre 2014. y cito palabras del Sr. Gómez:
"que tuviera cuidado, porque me estaban haciendo un expediente para botarme"

6. Yo, Betzaida Falcón, le dije, que Yo lo sabía y que Yo estaba escribiendo, y me estaban hostigando y persiguiendo, y me pedían trabajo de un mes para que estuviera terminado en sólo días. Me dijo el Sr. Gómez que me quedara callada y no dijera nada.

7. Prepararon documentos con fechas que Yo nunca me enteré, no es hasta meses después que me entero.

8. Yo, Betzaida Falcón, no estaba a las 7 40 a.m. en la oficina, porque entraba a las 10:00 a.m. y salía a las 7 00 p.m. Mi tarjeta de ponchar tenía que indicar al menos 7:30 am, o antes de las 7:40 a.m.

9. Yo, Betzaida Falcón, jamás estuve a esa hora ahí, ese día, 1/dic/2014 mi tarjeta de ponchar está ponchada a las 9 56 am *ver copia documento de ponchador incluído*

10. El 1 de diciembre del año 2014, me radican a las 7 40 a.m. una supuesta querella de un contribuyente que Yo nunca me enteré, ni nunca me llamaron para aplicarme el Reglamento de Normas y Conducta Disciplina del D.T.O.P. *Ver formulario para Querella del Contribuyente 1 dic. 2014*

11. El 12 de enero del año 2015, me hicieron otra querella, igual que la del 1 de diciembre del 2014, el mismo papel en copia, sin firmar, las mismas manchas, a la misma hora, y fueron un día lunes ambas querellas pero en años diferentes; *Ver formulario para Querella del Contribuyente 12 ene. 2015*

12. El 23 de enero del año 2015, envié una hoja de trámite a María del C. González, acerca del plan de vacaciones del año 2015, de los empleados que Yo, Betzaida Falcón, tenía a cargo. Eran 9 empleados, y conmigo eramos 10. Pero puede verse que el Plan de Vacaciones del año 2015, no incluyeron mi nombre, el de Betzaida Falcón.

13. ¿Cómo es posible que no me reunieran y me aplicaran el Reglamento, y el Sr. Gómez que era mi jefe firmó mi tarjeta de la quincena del 1 al 15 de diciembre del año 2014,

14. Yo lo llamé después de que pasaron meses de que me entero de esto, porque Yo, Betzaida Falcón, me enteré meses después, el 10 de marzo del año 2015, cuando me entregan estas 2 querellas y una amonestación verbal, recibidas de parte de alguien que no era mi jefe, llamada Lourdes M. Díaz y la jefe de Lourdes M. Díaz era la Sra. Wanda Morales, la misma jefe que Yo tengo.

15. Quiero aclarar que el puesto más alto era el de Wanda Morales como Directora Ejecutiva, luego venía Marcelino Gómez como Director Regional, y después estaba mi puesto como Directora de División.

16. El 2 de enero 2015, la directora ejecutiva interina la Sra. Wanda Morales, designó a la Sra. María González Báez al puesto de directora interina del CESCO Metropolitano de Carolina, estando activa en la Unión de Servidores Públicos, con sólo preparación de cuarto año de escuela superior; cuando se supone que después del Sr. Marcelino Gómez Arévalo, que era el director del CESCO, la segunda en mando era Yo, Betzaida Falcón, porque tenía el puesto de directora auxiliar 1, y la preparación académica con bachillerato en comunicaciones de la Universidad del Sagrado Corazón, y el puesto de la Sra. González Báez era ilegal, porque un director o directora ejecutiva interina, no puede nombrar a una unionada a directora interina. El nombramiento es ilegal porque Yo fui directora auxiliar 1 antes, del año 2001 al año 2009, y ahora, el 28 de enero 2014 comencé como directora auxiliar 1 transitoria, y Yo estaba ejerciendo las funciones de mi puesto.

17. La Sra. Wanda Matos, otra directora auxiliar 1, estaba de directora auxiliar 1 interina en el C.E.S.C.O. de Humacao, y estaba ejerciendo las funciones de su puesto nombrada por la Sra. Wanda Morales Sánchez, directora ejecutiva interina. Y ella podía dirigir en Humacao, porque ella venía con el puesto de directora auxiliar 1.

18. El 12 de enero del año 2015, ese día se radicó contra mi persona una querella de un contribuyente a las 7:40 a.m., en un papel que era una copia, con las mismas manchas del documento anterior del día 1 de diciembre del año 2014 y ambos documnetos están sin firmar de parte del querallente.
*ver ambos formularios para querellas de contribuyentes*
**y se aneja el** *Artículo XXIII Días Feriados* del Convenio Colectivo de los Servidores Públicos

19. El día 12 de enero 2015, los empleados unionados no se presentaron a trabajar porque la Unión de Servidores Públicos orientó a su matricula, para que no se presentaran a trabajar porque ese día era feriado.

20. A los empleados transitorios nos exigieron presentarnos a trabajar, me presenté a las 7:26 a.m., al verificar mi celular pude corroborar que esa era la hora correcta.

21. Cuando entro a mi área de trabajo, desde hacía un mes salía fuerte olor a manteca rancia o dañada y a comida, por los conductos del aire acondicionado, que no se podía soportar. A consecuencia de esto, estuve un mes con dolor de garganta, ronca y sin voz, yn el mal olor no se podía soportar.

22. A consecuencia de esto, los empleados estaban con reacciones en la piel y estornudando constantemente.

23. El 12 de enero 2015 , le indico al único empleado que se reportó a trabajar, que era transitorio, el Sr. Antonio Roldán Nieves, que Yo, Betzaida Falcón, no podía respirar, y que con esas condiciones de trabajo, Yo no me podía quedar.

24. Busqué a la Sra. María del Carmen González, no la encontré, y le indique al Sr. Roldán que le notificara que Yo, Betzaida Falcón, no regresaba.

25. Cuando salgo de mi oficina se encuentran varias personas, les doy los buenos días, y les digo y cito: " Hoy los empleados unionados no se presentaron a trabajar en esta área y no hay nadie que atienda público. Yo les sugiero que pasen al otro lado a la oficina de la directora porque en el área del counter de servicios integrados, siempre traen empleados del área de D.I.S.C.O. y ellos le dan servicio al público allá, pero no tengo empleados. El empleado que se reportó, no atiende público; él sólo busca boletos. Buenos Días." termina la cita, y me retiré.

26. En el área de multas estaba O.S.H.A. investigando mal olor a grasa y a comida.

27. ¿ Como si Yo Betzaida Falcón, entro a las 7:26 a.m. y salgo y hablo con el público, y me retiro al estacionamiento, me hacen una querella a las 7:40 a.m., 15 minutos más tarde, un lunes, y la otra querella anterior, fue a la misma hora 7:40 a.m., un lunes 1 de diciembre del año 2014?

28. Cuando voy saliendo en mi guagua con mi hija Keyrrabeth Aponte Falcón, aparece en la puerta de entrada del C.E.S.C.O. la Sra. María González Báez, y gritando, me dice lo siguiente, y cito: " ¡Mira Betzaida ven acá!"

29. Yo, Betzaida Falcón, le indiqué que Yo no regresaba a trabajar, por las condiciones de trabajo que había en mi área, y que le había indicado a mi empleado a cargo Antonio Roldán Nieves, que Yo no regresaba a trabajar, por lo antes expuesto.

30. ¿Por qué entonces la Sra. María del Carmen González me hace una amonestación, con fecha del 13 de enero 2015, sin antes haberme reunido ni aplicado el reglamento, a pesar de que Yo, Betzaida Falcón, le había notificado que no regresaba a trabajar, como aparece en el número 27 de este documento? *Ver carta de amonestación, con fecha 13 de enero 2015, la cual Yo nunca recibí, ni tiene mi firma*

31. Me enteré de esta carta de amonestación, que aparece en la anterior número 28, casi 6 meses después cuando pido ver mi expediente, el día 3 de julio del año 2015.

32. El 14 de enero 2015, de 1:00 p.m. a 1:30 pm, la Sra. María del Carmen González y Yo, Betzaida Falcón, nos encontramos en el baño; Yo, la Sra. Betzaida Falcón saliendo, y ella, Sra. González entrando. Yo, Betzaida Falcón cito mis propias palabras: "Sra. González, le voy a pedir de favor que cuando usted vaya a mi área de trabajo, se dirija a mi persona, Yo soy la directora de multas, y consúlteme antes de tomar alguna desición."

33. Cito las palabras de respuesta, de la Sra. María del Carmen González: " Hay Señora, váyase para su casa a cuidar sus nietos ".

34. Esta Sra. María del Carmen González, fue la persona que pusieron en mi puesto, luego de obligar al Sr. Marcelino Gómez Arévalo a renunciar.

35. Esta Sra. María del Carmen González, me trato de vieja, me sentí discriminada, hostigada y persiguida. *Ver las veces en fechas del mismo día que intervenía conbmigo y otras fechas cercanas*

36. El 14 de enero 2015, la hija de la Sra. María del Carmen González, que trabajaba en el C.E.S.C.O., lo cual se considera nepotismo, por ser familia inmediata trabajando en la misma área, a las 2 de la tarde vino a supervisar y a verificar lo que los técnicos estaban haciendo, en el área de multas, cuando Yo como directora, se supone que sea la persona que tenía que hablar con los técnicos.

37. Esta joven, hija de María del Carmen González, venía y entraba a mi área de trabajo, sin pedir permiso, y el día 14 de enero del 2015, lo hizo en 2 ocasiones.

38. El mismo 14 de enero del 2015, a las 2:30 a 3:00 p.m., vino por el área del counter de público, del área de multas, la Sra. María del Carmen González, y cito sus palabras, cuando se dirigía a una empleada de mi área, llamada Yaira López: "De ahora en adelante, si alguna persona se altera se le vá a llamar a la Policía, y se le van a radicar cargos por alteración a la paz."

39. Yo, Betzaida Falcón, me dirigí al counter de público, y llegué al lado de la empleada asignada a mi área y Yo quedé de frente a la Sra. María del Carmen González, y ella ni siquiera me explicó lo que pasó.

40. Ella, María del Carmen González, se mantuvo texteando en su teléfono celular, sentada en la silla del público, no se fue, y se quedó sentada un rato en esa misma silla texteando desde su celular.

41. El día 15 de enero del 2015, la hija de María del Carmen González, vino a mi área a ver qué estaba haciendo el Sr. Ramón (no tengo apellido de Ramón) , lo esperó y se lo llevó, para que no me instalaran el fax a nivel Isla, que era el mecanismo para poder enviarle copia de los boletos a los demás C.E.S.C.O.

42. No me habían instalado el AULO ni me habían creado una cuenta de correo electrónico en mi oficina.

43. El mismo 15 de enero 2015, me enviaron una carta a través de una supervisora para cambiarme la jornada laboral, donde a partir del 20 de enero 2015, Yo, Betzaida Falcón, estaría entrando

en un horario del 10:00 a.m. a 7:00 p.m. y sábados, de 9:00 a.m. hasta las 2:00 p.m.}

44. También el 15 de enero 2015, la Sra. María del Carmen González, le dirigió una carta, a la directora ejecutiva interina Sra. Wanda Morales Sánchez, acerca de situaciones confrontadas con mi persona, Betzaida Falcón, asignada a supervisar la división de multas administrativas. Esta carta tiene 4 páginas y Yo solamente tengo 3 de 4 páginas, porque no me dieron la página 3.
*Ver carta includia del 15 de enero 2015, recibida por Zaida Pagán el 16 enero 2015*

45. ¿Por qué razón todos estos documentos con fecha del mismo día, y desde enero hasta el 24 de marzo 2015, si tenía evidencia y tenían todos estos documentos, por qué entonces no me aplicaron el Reglamento de Normas y Conducta del D.T.O.P. y me procesaron?

46. Por lo expresado en la anterior número 39, esto indica que fue un caso preparado para provocar mi despido injustificadamente.

47. En hoja de trámite, del 22 de enero del 2015, la carta enviada por mi, Betzaida Falcón, a la directora ejecutiva Wanda Morales Sánchez, solicitándole empleados para el área de multas, la Sra. Morales nunca me contestó la carta, ni me envió los empleados. Le había solicitado una reunión en 3 ó 4 ocasiones y nunca me contestó la petición que le hice.

48. En hoja de trámite, del 23 de enero del 2015, en carta enviada a la la Sra. María del Carmen González, del plan de vacaciones del año natural 2015, de mis empleados a cargo, me excluyen a mí, Betzaida Falcón, de ese mismo plan de vacaciones, y me escribieron "n/a", que significa, no aplica. Ver documento, llamado Plan Anual de Vacaciones Año 2015, donde Betzaida Falcón Andino, aparece con N/A bajo la columna de los últimos 4 dígitos de su número de seguro social.

49. El día 10 de marzo del 2015, la Sra. Lourdes M. Díaz me citó a su oficina, para hablar conmigo y entregarme, 2 querellas radicadas por contribuyentes, y una amonestación verbal que me hiciera la Sra. María del Carmen González, con fecha del 15 de enero 2015 *ver copia de amonestación*

50. Yo, Betzaida Falcvón, nunca antes había visto copia de esa amonestación verbal del 15 de enero 2015.

51. Yo, Betzaida Falcvón, nunca antes había visto copia de esas querellas radicadas por contribuyentes.

52. Cuando la Sra. Lourdes M. Díaz me entrega esos documentos, y Yo, Betzaida Falcón, le indico que Yo en mi vida había visto esos documentos, ella abrió sus ojos muy grandes, y su boca rodó la silla hacia atrás sorprendida, y me dijo: "¿A ti nunca te reunieron relacionado con esto? Yo, Betzaida Falcón, le respondí que no, y cito mis palabras: " Yo estoy en todo mi derecho de defenderme, contra esas mentiras y difamación contra mi persona, Yo le voy a pedir de favor usted, que me dé copia."

53. Yo, Betzaida Falcón, le indiqué a Lourdes M. Díaz, que ella no era mi jefa, que quien era nuestra jefe era la directora ejecutiva interina Wanda Morales Sánchez, y ella contestó, que como se lo delegaron a ella, por esa razón era que ella, Lourdes M. Díaz, la estaba reuniendo.

54. Me indicó que fuera y hablara con la Sra. María del Carmen González, a quien después de salir de la oficina de Lourdes M. Díaz, fui a buscar, pero no la encontré porque se me informó que María del Carmen González se encontraba en la Isla de Culebra, y no me informaron el motivo.

55. Me dirijí para mi oficina, y me quedé callada, porque ya Yo, Betzaida Falcón, había hecho escritos de toda esta persecusión a mi persona.

56. Ver documentos del día 10 de marzo 2015, entregados a mi persona por Lourdes M. Diaz.

57. El 12 de marzo 2015, la Sra. Lourdes M. Díaz le envía carta a Sra. Wanda Morales, relacionado con la reunión que tuvo a solas conmigo el día 10 de marzo 2015;

58. El 16 de marzo del 2015, la directora ejecutiva interina la Sra. Wanda Morales, le envía una carta a la sub directora de recursos humanos Mayra I. Santiago González, siendo esta una carta llamada "Terminación de Nombramiento Transitorio" , *ver carta del 16 de marzo 2015*

59. El 24 de marzo 2015, la Sra. Lourdes M. Díaz, me envía a buscar nuevamente a su oficina, y me reúne con su secretaria la Sra. Betzaida Batista, y me indica que ella es su secretaria de confianza, y que ella, Lourdes M. Díaz, no podía hacer nada, y que hay una carta enviada por el Secretario de Transportación y Obras Públicas, Miguel A. Torres Díaz, con fecha del 20 de marzo 2015, entregándoseme el día 24 de marzo 2015, el mismo día de esta reuníon con Lourdes M. Díaz. *Ver copia de la carta y nota escrita a mano por Lourdes M. Díaz en la misma carta, donde dice y cito: " La empleada se negó a firmar acuse de recibo, porque alega nunca fue amonestada. 24-03-2015, firma de Lourdes M. Díaz, y firma de la testigo Betzaida Batista, su secretaria"*

60. Ver carta del Secretario firmada en original, y un escrito mío, de Betzaida Falcón, de la reunión en la oficina con Lourdes M. Díaz.

61. La reunión del 24 de marzo 2015, comenzó a las 11:55 a.m., y Yo, Betzaida Falcón, le pregunté a Lourdes M. Díaz, si la terminación de empleo era inmediata, y Lourdes Díaz me indicó que sí, que me fuera calladita y que no le indicara nada a los empleados.

62. ¿Cómo Yo, Betzaida Falcón, iba a abandonar mi oficina asignada, sin notificarle nada a mis empelados a cargo?

63. Por eso, Yo, Betzaida Falcón, me dirijí a mi oficina y reuní a mis empleados a cargo, y les expliqué lo que había pasado, y algunos se entristecieron, especialmente mi secretaria al igual que otros de ellos.

64. De repente, aparece la Sra. Lourdes M. Díaz en mi oficina, y comienza a decirme que me salga que me vaya y me salga, que me tengo que salir, que me vaya ahora mismo.

65. Entré a un cubículo, que era lo que Yo, Betzaida Falcón, tenía como oficina, como encajonada, en un espacio muy pequeño, y Lourdes M. Díaz, me agarra las 2 manos, y me las sacude y me dice y cito: " No tienes que llorar, no llores."

66. Yo, Betzaida Falcón, le respondí: " Yo me siento así, cómo no voy a llorar si esto que me han heccho es una injusticia."

67. Yo, Betzaida Falcón, me salí inmediatamente del cubículo, y me paré detrás de mi Secretaria, para que hubiese una testigo, y mi secretaria Zaida López-Cepero Valiente, me pidió firmar las tarjetas de la quincena del 16 al 31 de marzo 2015.

68. También se encontraban mis tarjetas, y la Sra. Lourdes M. Díaz, dijo y cito:
    " Esas son las tarjetas de Betzalda, dámelas acá que Yo lme las llevo y las firmo después."

69. Mi secretaria Zaida López-Cepero le dijo:    ¿Cómo es posible que usted la saque de aquí como si fuera un perro a la calle, como usted y merece un respeto? ¿Le gustaría a usted que le hiciesen eso?

70. Seguí recogiendo mis cosas, y Lourdes M. Díaz le dijo a mi secretaria ejecutiva, que si no me iba la directora ejecutiva Wanda Morales iba a ven ir y me iba a sacar por las greñas.

71. Luego de esto, abrió la puerta la guardia de seguridad del área ejecutiva: Yo me voy, aquí no ha pasado nada, esta señora esta tranquila, está todo normal" (no tengo el nombre de esta guardia de seguridad) y la guradia de seguridad que se refería a mí, se retiró, y el empleado que estaba a mi cargo, me llevó la caja de mis pertenencias hacia el área de la salida, y Yo puse la caja encima de un zafacón, porque estaba cayendo un aguacero, causándome esto dolor de cabeza, y ganas de vomitar, y un fuerte dolor de cabeza, que me obligá ir al médico, provocado por estos incidentes.
    *Ver certificado del Metropolitan Community Clinic,, del 24 de marzo 2015, 7:00 p.m.*

72. El 6 de mayo 2015, me radican otros cargos, y cómo esto es posible, que me formulen más cargos, si me habían separado de mi puesto el 24 de marzo del 2015.    *Ver copia de cargos adicionales realizados sin aplicar Reglamento*

73. Esto fue otra acción discriminatoria, añadida a las boñornosas del pasado 24 de marzo 2015, de parte de la Sra. Lourdes M. Díaz, y las acciones de María del Carmen González, del día 14 de enero 2015    .

74. Solicité una vista administrativa, y la concedieron para el día de mi cumpleaños, del 21 de mayo 2015, y fue suspendida para el 22 de junio 2015, por haber fallecido la madre del abogado, y se celebró el 26 de junio del 2015, entregándoseme la desición de esta vista, el 30 de junio 2015
    Ver carta llamada "Confirmación Terrminación Contrato Transitorio", del 30 de junio 2015

**Remedio que Yo, Betzaida Falcón, solicito, debido a estas acciones discriminatorias:      Pág. 8**

1. Ser restituida en mi puesto, con el pago retroactivo de todo los salarios que injustamente me fueron negados, desde el día de mi terminación de empleo y sueldo, con fecha del 24 de marzo 2015.

2. Que me expediente quede tal y como estaba antes de esta injusticia, donde me fabricaron querellas.

3. Demando un pago compensatorio, por los daños a mi persona causados por las injusticas de estas personas, durante los años que duró este problema.

4. No estoy de acuerdo, con que la Junta de Control Fiscal, paralice los casos en este Tribunal; este caso debe ser visto y atendido, y llegar a un veredicto con la evidencia verificable que presentaré, y con los testigos y las testigos de este caso en específico, citados debidamente a Corte sin demoras adicionales. Este punto me refiero, al comienzo de los Casos bajo el llamado Título 3 de Promesa que ya entró en vigencia.

5. Pido tiempo adicional, para traducir esta demanda al idioma inglés, porque necesitaré ayuda para esto, debido a que hoy, 21 de julio de 2017, es el último día que tengo para radicar esta demanda, de acuerdo al documento del Equal Employment Opportuniy Commission, llamado **Dismissal and Notice of Rights.** *Ver copia incluida con esta demanda*

Respetusosamente Sometida, hoy viernes, 21 de julio de 2017

Betzaida Falcón Andino
*[signature]*
RR #36 Box 6187
San Juan, Puerto Rico
00936-9595
787-964-6412 Sra. González (prima)
787-360-6871